IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DYNAMIC HOMES, LLC,

            Appellant,                         ORDER

v.

                                        08-cv-719-bbc

TROY VALLEAU,

            Appellee.

---

      Plaintiff-appellant Dynamic Homes, LLC moves the court pursuant to 28 U.S.C. § 158(a) and Bankruptcy Rule 8003 for leave to appeal an interlocutory order of the Bankruptcy Court denying its motion for summary judgment. A briefing schedule on the appeal itself was inadvertently set before this court has ruled on appellant's motion for leave to appeal. That briefing schedule is STAYED pending resolution of appellant's motion for leave to appeal.

      Entered this 9th day of January, 2009.

                                BY THE COURT:

                                /s/

                                STEPHEN L. CROCKER
                                Magistrate Judge